UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Marie Ann Lam</u>

    v.                                                      Case No. 25-cv-144-JL-TSM

<u>Park Place Village, L.P.</u>

<u>ORDER</u>

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated October 1, 2025. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Joseph N. Laplante
United States District Judge

Date: October 24, 2025

cc:   Marie Ann Lam, pro se
       Edmond J. Ford, Esq.
       Ann Marie Dirsa, Esq.